```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 17048
    TIMOTHY W JONES
    SANDRA N JONES                                CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

           Debtor
    SSN XXX-XX-5183      SSN XXX-XX-9197
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/19/07 .

   2.  The case was dismissed without confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   6600.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARTHUR B ACLLER & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| BRYLANE HOME | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DFS ACCEPTANCE | SECURED | .00 | .00 | 200.00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FAIRFIELD RESORTS | UNSECURED | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MERIDIAN FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PENTACON FEDERAL C U | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 6137.53 | .00 | 4452.36 |
| CHICAGO TITLE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED   6137.53         .00         .00        .00    6137.53
PRINCIPAL PAID       4652.36         .00         .00        .00    4652.36
INTEREST PAID             .00        .00         .00        .00         .00
TOTAL PAID           4652.36         .00         .00        .00    4652.36
```

The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   3500.00
and was paid $   1482.00  direct and $   1622.04  through the plan.

The Trustee received $    325.60 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE